# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO )

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-02087 |
| Plaintiffs, | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| vs. | |
| MANUEL RAMIREZ MERCADO, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial setting set for March 19, 2021 shall be continued to April 30, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by April 9, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: March 16, 2021

Hon. Janis L. Sammartino
United States District Judge

1